## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| Ya Tung Chiang; Kan To Li,<br><br>Plaintiffs,<br><br>vs.<br><br>IQ Data International, Inc./Rent Collect Global,<br><br>Defendant. | Case No. 2: 21-cv-00720-WBS-CKD<br><br>**ORDER EXTENDING TIME TO FILE A RESPONSIVE PLEADING** |

The Court, having considered the Stipulation to extend time to file a responsive pleading, and good cause appearing.

**IT IS HEREBY ORDERED** that the Defendant shall have until July 1, 2021, to file a responsive pleading.

Dated: June 16, 2021

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1