UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| Ya Tung Chiang and Kan To Li,<br><br>    Plaintiffs,<br><br>  vs.<br><br>IQ Data International, Inc./ Rent Collect Global,<br><br>    Defendant. | Case No.: 2:21-cv-00720-WBS-CKD<br><br>**ORDER** |

Based on the Stipulation of counsel, the case is dismissed with prejudice, each party to bear its own attorney fees and costs.

Dated: March 16, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE